**Walter J. PULAWSKI**

v.

**Patricia C. PULAWSKI.**

No. 79–454–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

William Y. Chaika, Cranston, for petitioner.

Joseph E. Marran, Jr., Pawtucket, for respondent.

### ORDER

The petition for writ of certiorari and application for stay are denied.

DORIS, J., did not participate.

**RHODE ISLAND OIL CO., INC. et al.**

v.

**ZONING BOARD OF REVIEW OF the TOWN OF SOUTH KINGSTOWN.**

No. 79–213–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Hogan & Hogan, Donald J. Packer, Thomas S. Hogan, Providence, for plaintiffs.

Mark S. Spangler, Narragansett, for defendant.

### OPINION

This case is assigned to the February, 1980 *show cause* calendar. The defendant is directed to appear and show cause why its appeal should not be dismissed on the grounds that defendant lacked standing to seek review of the Superior Court judgment, and further, on the grounds that such review could only be obtained by petition for prerogative writ of certiorari. *Bassi v. Zoning Board of Review,* 107 R.I. 702, 271 A.2d 210 (1970).

DORIS, J., did not participate.

**William SOUSA**

v.

**Paul HANOIAN.**

No. 78–381–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Norman E. V. D'Andrea, F. Thomas O'Halloran, Providence, for plaintiff.

Anthony De Simone, Providence, for defendant.

### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied for failure to comply with the provisions of Supreme Court Rule 28.

BEVILACQUA, C. J., and DORIS, J., did not participate.